

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00124-CR

| | | |
|---|---|---|
| TIMOTHY JOEL CARPENTER, Appellant | § | On Appeal from the County Court at Law |
| | § | of Hood County (51080) |
| V. | § | August 8, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified so that its caption reads "JUDGMENT ON VERDICT OF GUILTY." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
       Justice Dabney Bassel